UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GABRIEL ESTRADA, JR., ) | No. CV 06-5278 JSL (FFM) |
| ) Petitioner, ) | |
| ) | ORDER TO SHOW CAUSE |
| v. ) | |
| ) | |
| CHRIS CHRONES, WARDEN, ) | |
| ) Respondent. ) | |

    Pursuant to the Court's November 15, 2006 order, petitioner was required to file a status report by December 13, 2007. As of the date of this order, plaintiff has failed to comply with that order.

    IT THEREFORE IS ORDERED that plaintiff show cause in writing within 15 days of the date of this order why the order staying the petition pending exhaustion of additional claims should not be vacated.

DATED: January 28, 2008

/s/
FREDERICK F. MUMM
United States Magistrate Judge