1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

10 GABRIEL ESTRADA, JR.,                    )   CASE NO. CV 06-5278 JSL (FFM)
                                            )
11               Petitioner,                )   ORDER ACCEPTING FINDINGS,
                                            )   CONCLUSIONS AND
12        v.                                )   RECOMMENDATIONS OF
                                            )   UNITED STATES MAGISTRATE JUDGE
13 CHRIS CHRONES, Warden,                   )
                                            )
14               Respondent.                )
   _____         )

15

16        Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this

17 action, the attached Report and Recommendation of United States Magistrate Judge

18 ("Report"), and the objections thereto.  Good cause appearing, the Court concurs with

19 and accepts the findings of fact, conclusions of law, and recommendations contained in

20 the Report after having made a de novo determination of the portions to which

21 objections were directed.

22        IT IS ORDERED that judgment be entered denying the Petition as to Claims One

23 through Three on the merits with prejudice and that judgment be entered denying the

24 Petition as to Claims Four and Five with prejudice as time-barred.

25

26 DATED:   Oct. 17, 2011

27

28

_____
J. SPENCER LETTS
United States District Judge