UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL ESTRADA, JR., <br><br> Petitioner, <br><br> v. <br><br> CHRIS CHRONES, Warden, <br><br> Respondent. | CASE NO. CV 06-5278 JSL (FFM) <br><br> ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the attached Report and Recommendation of United States Magistrate Judge ("Report"), and the objections thereto. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

IT IS ORDERED that judgment be entered denying the Petition as to Claims One through Three on the merits with prejudice and that judgment be entered denying the Petition as to Claims Four and Five with prejudice as time-barred.

DATED: Oct. 17, 2011

*Spencer Letts*

J. SPENCER LETTS
United States District Judge