UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GABRIEL ESTRADA, JR., | ) | CASE NO. CV 06-5278 JSL (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| CHRIS CHRONES, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: Oct. 17, 2011

_____
J. SPENCER LETTS
United States District Judge